## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                              **Case No.: 4:17–cr–00293–BSM**

**April M Teeter**                                                                           **Defendant**

## NOTICE OF HEARING

    PLEASE take notice that a Sentencing has been set in this case for September 28, 2022, at 10:00 AM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** June 27, 2022                    AT THE DIRECTION OF THE COURT
                                                                                          TAMMY H. DOWNS, CLERK

                                                                                         **By:** <u>Laura J. Bichlmeier, Deputy Clerk</u>

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas