UNITED STATES DISTRICT COURT
FOR THE __Eastern__ DISTRICT OF __Arkansas__

UNITED STATES OF AMERICA
Plaintiff

v.

__April M. Teeter__
Defendant

__FMC Carswell__
Place of Confinement

__28961-009__
FEDERAL REGISTER NUMBER

__4:17-CR-00293-BSM-14__
Criminal Case Number

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 06 2024

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

Defendant's Motion for Reduction of Sentence pursuant
to 18 U.S.C. 3582(c)(2) and Amendment
821 to the Federal Sentencing Guidelilnes:

_____ Based on U.S.S.G. 4C.1 Adjustment for Zero-Point
Offenders (for those assessed zero criminal history points
at sentencing)

__✓__ Based on U.S.S.G. 4A1.1(d) & (e) Criminal History Category
(For those who recieved "status" points for being under a
criminal justice sentence at the time of the offense)

Defendant has reviewed the respective amendments from the Sentencing Commission and believes the marked amendment(s) apply to her.

Therefore, Defendant asks this Honorable Court to adjust her sentence accordingly pursuant to 18 U.S.C. 3582(c)(2) and in consideration of the amendment(s) marked above.

Executed on this date of : __January 24th, 2024__

Respectfully Submitted;

__April M. Teeter__
Defendant   Pro Se
Printed Name: __April M. Teeter__
Reg.# __28961-009__
C/O FMC Carswell
   P.O. BOX 27137
   Fort Worth, Texas 76127

# Questionnaire

1. Name and location of court that entered the sentence that you are asking to reduce:

   US District Court Eastern District of Arkansas in Little Rock, Al

2. Date(s) of sentence and judgment of conviction:

   9/28/2022   Guilty

3. Are you currently in prison for this sentence?

   ✓ Yes     _____ No

4. If so, when is your projected date of release? 9/5/2028

5. Are you currently on supervised release?   _____ Yes   ✓ No

6. Are you currently in prison because you violated your supervised release for the conviction and sentence identified in response to Questions No. 1 and 2?

   _____ Yes   ✓ No

7. Is your case currently on appeal?   _____ Yes   ✓ No

8. Offense(s) for which you were convicted (all counts):

   21 U.S.C. 846 Conspiracy to Distribute and Possess with Intent to 841(a)(1) and (b)(1)(A) Distribute Methamphetamine

9. In calculating the applicable sentencing guideline range, were you assessed any criminal history points (U.S.S.G. § 4A1.1)?

   ✓ Yes     _____ No     _____ Not Sure

9a. **If the answer to Question 9 is "No,"** check the box for all statements that apply to your conviction and sentence:

   ☐ I received criminal history points from Chapter Four, Part A;

   ☐ I received an adjustment under § 3A1.4 (Terrorism);

   ☐ I used violence or credible threats of violence in connection with the offense;

   ☐ the offense resulted in death or serious bodily injury;

   ☐ the instant offense of conviction is a sex offense;

   ☐ I personally caused substantial financial hardship;

☐ I possessed, received, purchased, transported, transferred, sold, or otherwise disposed of a firearm or other dangerous weapon (or induced another participant to do so) in connection with the offense;

☐ the instant offense of conviction is covered by § 2H1.1 (Offenses Involving Individual Rights);

☐ I received an adjustment under § 3A1.1 (Hate Crime Motivation or Vulnerable Victim) or § 3A1.5 (Serious Human Rights Offense);

☐ I received an adjustment under § 3B1.1 (Aggravating Role) or was engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848; or

☐ none of the statements above applies to my case.

10. **If the answer to Question 9 is "Yes,"** were you assessed criminal history points for being "under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status" at the time of the offense (a.k.a. "status points") (U.S.S.G. § 4A1.1(d))?

    ✓ Yes  ____ No  ____ Not Sure

11. **If the answer to Question 10 is "Yes,"** how many criminal history points were assessed in total, including the "status points"?

    __12__ Criminal History Points

12. If you were sentenced on or after April 5, 2023, did the Court provide the benefit of the "status points" or "zero-point offenders" amended guidelines at your sentencing hearing prior to the effective date?

    ____ Yes  ____ No  ____ Not Sure

13. List any good conduct that occurred after your original sentencing hearing or any other mitigating circumstances that you would like the Court to be aware of in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

    *Please see attached Exhibit A-P*

For the reasons stated in this motion, I move the court for a reduction in sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines. I declare under penalty of perjury that the facts stated in this motion are true and correct.

Respectfully submitted this _day 24th of January_, 20_24_.

_April M. Teeter_
Signature of Defendant

April M. Teeter
Printed Name

28961-009
BOP No.

Carswell FMC
Federal Correctional Institution (if applicable)

P.O. Box 27137
Address

Fort Worth, TX 76127
City, State & Zip Code



Since being sentenced, I self surrendered at Carswell FMC on 12/19/2022. Since arriving here I have taken and signed up for several classes; Drug Abuse Education Course, Exercise for Older Adults, Walk/Run, Education Class World War 2, Crochet, Education Class Civil War 1, Trauma in Life Workshop, Walk with Ease, Education Class National Parks, Beading, and I also successfully completed the Initial Training for employment as an Inmate Suicide Watch Companion, that I am currently employed as. I am also on waiting list for several more classes. I am currently waiting to be transferred across the street to the Camp and then I will hopefully try out for the dog program.

I also arrived here still under my recovery from my surgery to have my spinal implant put in my spine and back. I should have had a follow up to check on everything after arriving here and still have yet to see anyone nor have I been able to work with anyone to program the device correctly. They also took me off all of the meds I was on when arriving and I am still trying to get my medications straightened out. They charged me to use

(1)

my remote for my stimulator and that should not be happening. Carswell is not at all equiped to take care of amputee inmates at all. The showers are very dangerous and there are no handicap bathrooms when I leave the fifth floor, causing me to hop on one leg from wheelchair to bathroom.

My next concern is my minor child Skyler Duncan he is currently being cared for by my elderly dad that has since found out that he has Mantell Cell Lymphoma Cancer along with several heart conditions making it extremley hard on him to care for my thirteen year old son who has basketball practice everymorning before school and a few basketball games a week not to mention all the things teenagers like to do. My dad really needs my help with my son due to his health issues. I am asking for either a compassion release or a sentence reduction so I can get home with my family and two minor kids. I also have a sixteen year old that stays with her dads parents who are also batteling health problems and their

②

son (Madison's Dad) is also federally incarcerated for 21 years. They are both in their late 70's needing help with raising my 16 year old that is currently driving also. I have definitely learned my lesson and I am ready to enjoy the rest of my kids childhoods with them since I have missed out on so much already. I have had a life altering experience when I had my car wreck in 10/10/2020 that I barely survived it really opened my eyes to a whole new world, because I know now that God has bigger plans for me and I can't wait to get all this bad stuff behind me. I appreciate any and all consideration in this matter.

Sincerely,

April Teeter
April Teeter
28961-009



③

SPINE CLINIC -- INTERVENTIONAL PAIN
501 JACK STEPHENS DR
SPINE INSTITUTE, 1ST FLOOR
LITTLE ROCK AR 72205
Dept: 501-686-8818
Dept Fax: 501-526-4216

UAMS Health.

November 18, 2022

Patient: **April M Crain**
Date of Birth: **12/31/1979**
Date of Visit: **11/18/2022**

To Whom it May Concern:

April Crain was seen in my clinic on 11/18/2022. On 11/8/2022 patient underwent a permanent placement of percutaneous epidural spinal cord stimulator electrode (Abbott DRG 4 contact array) at L4 and L5 and placement of a permanent pulse generator. Our post operative instructions include no exaggerated bending, twisting, heavy lifting (8 pounds or greater), or reaching overhead for 8 weeks after surgery. The patient has a controller that is a handheld "remote control" on a Apple mobile digital device that allows her to adjust the strength and location of stimulation, within the prescribed settings, and to turn device off and on.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

*[signature]*

LAUREN BYERS, APRN, CNP

*This is the remote I am only able to use at clinic during business hours M-F. I should have access to this at all times.*
*I also should have follow up appointments with Abbott for further programing*

# *Certificate of Completion*

Presented to

TEETER, APRIL

For successfully completing the

Drug Abuse Education Course

The Drug Abuse Education Course is a minimum of 12 hours.  The goal of this program is to help the offender to make an accurate evaluation of the consequences of his/her alcohol/drug use and consider the need for treatment.

_____          4/5/2023

**Drug Abuse Treatment Specialist**               Date

FMC Carswell


# Certificate of Achievement

Awarded to

*April Seeter*

for superior achievement and excellence in

*Exercise for Older Adults*

this *11th* day of *May*

in the year *2023*.

Signed _____
Rec. Specialist / J. Potts



# Certificate of Achievement

Awarded to

*April Jeeter*

for superior achievement and excellence in

*Walk / Run*

this *12th* day of *May*

in the year *2023*.

Signed _____
Rec Specialist / J. Potts









# Certificate of Achievement

Awarded to

**April Teeter**

for superior achievement and excellence in

**Crochet**

this **21** day of **June**

in the year **2023**.

Signed _____CWalker_____



(H)




# CERTIFICATE

This award is given to

*April Teeter*

because

*She completed 6 hrs. of A.C.E. class*

*Civil War I*

From: *Luton McKinnie*

Date: *7/27/23*

# Certificate of Completion

## April Teeter

**Trauma in Life Workshop**
**Federal Medical Center Carswell**

August 1, 2023

J. Yoon RN
Resolve Treatment Specialist



# Certificate of Achievement

Awarded to

April Teeter

for superior achievement and excellence in

Walk With Ease

this 22nd day of August

in the year 2023.

Signed

Rec. Specialist J.Potts






# Certificate of Achievement

Awarded to

**A. Teeter**

for superior achievement and excellence in

**Beading**

this **25TH** day of **October**

in the year **2023**.

Signed _____

# CERTIFICATION OF COMPLETION

Presented To

## April Teeter

For successful completion of the Initial Training for employment as an Inmate Suicide Watch Companion

Federal Medical Center, Carswell

October - 2023



Dr. Vincent
Suicide Prevention Coordinator