# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

v.                    **CASE NO. 4:17-CR-00293-14-BSM**

**APRIL TEETER**                                                             **DEFENDANT**

## **ORDER**

April Teeter's pro se motion to reduce her sentence [Doc. No. 2845] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce her sentencing range. *See* U.S.S.G § 1.10(a)(2). This is true because the amendment merely reduces her criminal history points from 12 to 11, and therefore her criminal history category remains at level V. Additionally, Teeter's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ." Doc. No. 1545 at 3. Because Teeter knowingly and voluntarily entered into her plea agreement, she is not entitled to relief. *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582(c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 8th day of February, 2024.

                                                           _/s/ Brian S. Miller_
                                                      UNITED STATES DISTRICT JUDGE